UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DAMIAN BRAGDON,

      Plaintiff,

   v.

A. MILLER, Marion County Sheriff Deputy,

      Defendant.

Case No. 6:20-cv-00151-AA

ORDER OF DISMISSAL

AIKEN, District Judge.

    Plaintiff, an inmate at the Marion County Jail, filed suit pursuant to 42 U.S.C. § 1983 and alleged that Deputy Miller violated his constitutional rights when she opened and read confidential legal mail outside of his presence.

    Defendant moved for summary judgment and plaintiff's response to the motion was due on June 15, 2021. Plaintiff did not file a timely response. On July 9, 2021, this Court ordered plaintiff to show cause by August 9, 2021 and explain why his claims should not be dismissed for the reasons set forth in defendant's motion. Plaintiff was advised that the failure to show

1   - ORDER OF DISMISSAL

cause would result in dismissal of this action. To date, plaintiff has not responded to the Order to Show Cause and defendant again moved for dismissal.

Given plaintiff's failure to respond to the Order to Show Cause, defendant's Motion to Dismiss for Lack of Prosecution (ECF No. 42) is GRANTED and this action is DISMISSED. All pending motions are DENIED as moot.

DATED this  23rd  day of August, 2021.

                                            /s/Ann Aiken
                                                Ann Aiken
                                    United States District Judge